**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Tevin Reshawn SAINTELIEN, Defendant-Appellant.**

No. 16-13329
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(July 6, 2017)

Antonia J. Barnes, John C. McMillan, U.S. Attorney's Office, West Palm Beach, FL, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Before WILSON, JORDAN and ROSENBUAM, Circuit Judges.

PER CURIAM:

Christopher A. Haddad, appointed counsel for Tevin Saintelien in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saintelien's convictions and sentences are **AFFIRMED**.